JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| LINDA M. HARRIS, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BURLINGTON NORTHERN SANTA FE RAILROAD and DOES 1 through 25, inclusive,<br><br>　　　　Defendant.<br><br>BNSF RAILROAD COMPANY,<br><br>　　　　Third Party Plaintiff.<br><br>　vs.<br><br>THOMAS HARRIS, STATE OF CALIFORNIA, acting by and through the Department of Transportation and ROES 1 through 20, inclusive,<br><br>　　　　Third Party Defendants. | CASE NO. EDCV 09-197 ABC (JCx)<br><br>[~~Proposed~~] **ORDER** |

/ / /

/ / /

/ / /

/ / /

4821-6147-2536.1

ORDER

Having reviewed and considered the parties' Joint Stipulation and Request for Dismissal, and finding good cause therefore,

IT IS HEREBY ORDERED as follows:

1. Plaintiff Linda Harris' claims in the above entitled matter are dismissed with prejudice in the entirety.

2. Defendant and Third Party Plaintiff BNSF Railway Company's (erroneously sued as Burlington Northern Santa Fe Railroad) claims in the above entitled matter are dismissed with prejudice in the entirety.

3. The parties are to bear their own costs and attorney's fees as they relate to the dismissal of the aforementioned claims and parties.

DATED:_January 27, 2014  _____
United States District Judge